UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-11035
Summary Calendar

_____

Bank One, Texas, N.A.,

Plaintiff-Appellant,

v.

Capital Associates International, Inc.
and Capital Associates, Inc.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:99-CV-697-D)

_____

May 2, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Bank One, Texas, N.A. appeals the adverse judgment of the district court based on its conclusion that Bank One's claims against Capital Associates International, Inc. and Capital Associates, Inc. are barred by res judicata. We agree with the district court that Bank One's claims against Capital Associates International, Inc. are barred by res judicata and that Capital Associates, Inc. is not liable as the guarantor of Capital

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

Associates International, Inc.'s obligations.  Accordingly, the judgment of the district court is

AFFIRMED.